IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

SETH RICKY KIRK,

           Appellant,

v.

                                             Case No.  5D21-2346
                                             LT Case No. 2020-CF-1340-A

STATE OF FLORIDA,

           Appellee.

_____/

Decision filed May 10, 2022

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender,
and Edward J. Weiss, Assistant
Public Defender, Daytona Beach,
for Appellant.

Seth Ricky Kirk, Sneads, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EVANDER, COHEN and WOZNIAK, JJ., concur.